IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEBORAH ANN RICH,<br><br>Defendant. | MEMORANDUM DECISION AND ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION<br><br><br><br>Case No. 2:03-CR-755 TS |

This matter is before the Court on Defendant's Motion for Reconsideration, filed March 21, 2006.[1] Defendant requests reconsideration of her sentence, pursuant to 18 U.S.C. § 3582, and cites her many efforts to better herself while incarcerated.

While the Court sincerely commends Defendant for her progress, and encourages her to continue in these efforts, the relief requested is simply not available under § 3582. That statute states that "[t]he court may *not* modify a term of imprisonment once it has been imposed,"[2] except in specifically enumerated circumstances, none of which have been identified here.

---

[1] The Motion came in letter form, but was styled a Motion for Reconsideration, and the Court deems it as such.

[2] 18 U.S.C. § 3582(c) (emphasis added).

Therefore, the Court must DENY the Motion.

DATED  April 5, 2006.

> BY THE COURT:
>
> _____
> TED STEWART
> United States District Judge